NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUFI NETWORK SERVICES, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2015-5151

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00804-TCW, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

SUFI Network Services, Inc. submits a motion to dismiss the government's appeal or to summarily affirm the judgment of the United States Court of Federal Claims.

The government is directed to file a supplemental filing, not to exceed 20 pages, containing its arguments

challenging the decision of the Armed Services Board of Contract Appeals, in particular its arguments that the Board's decision does not comply with the mandate of this court in 2014. The government's supplemental filing is due no later than December 18, 2015. SUFI's response, not to exceed 20 pages, shall be due no later than January 19, 2016. The government's reply, not to exceed 10 pages, shall be due no later than February 2, 2016. The parties shall submit all relevant material from the record before the Board and United States Court of Federal Claims necessary for this court's review. They may do so as addenda to their filings, minimizing repetition, or in a joint submission. No extensions of time shall be granted.

Accordingly,

IT IS ORDERED THAT:

(1) The parties are directed to submit supplemental filings as set forth above.

(2) SUFI's motion to dismiss or to summarily affirm shall be held in abeyance.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24