NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUFI NETWORK SERVICES, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2015-5151

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00804-TCW, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon consideration of SUFI Network Services, Inc.'s motion to modify the briefing schedule,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24